# U.S. District Court

## For the District Court of Kansas

Civil Docket for Case # 2:21-cv-02224-DDC-JPO

**Francis Yomi**, Plaintiff,

v.

U.S. Department of Health and Human Services, et al., Defendant.

**Subject: Plaintiff's Motion for Recusal of District Judge Crabtree D. Daniel, and/or for District Judge Crabtree to be substituted by another District Judge**

I, Francis Yomi the Plaintiff, am moving for a motion for District Judge Crabtree to recuse himself in this above case. The facts are showing that there is no way you can be fair, impartial, neutral in this case, and that there is at least appearance of personal bias, or actual bias that you have towards Defendant, and against me, and/or that your impartiality is reasonably questioned in this lawsuit, for the reasons I am going to elucidate in my memorandum is support of this motion, and all which prove that you should recuse yourself in this case Judge Crabtree, and/or be substituted by another Judge that has the record to be fair, neutral and impartial in discrimination cases. Items 1.b) through 1.e) from pages 17-26 of the Memorandum in support of this motion are the mean reasons of this motion, but everything said in that Memorandum counts.

After reading my Memorandum in support of this motion for recusal, in which I explained why I believe that the proper avenue in this case will be that you recuse yourself, I would really appreciate if you do so Judge Crabtree.

In the event where you refuse to recuse, then, please have the Court forwarding this motion and the Memorandum in support of it joined here with the Exhibits to the appropriate Appellate Court or Agency or Responsible Organization or Agency, that has the authority of reviewing motion for recusal or for substitution of Federal District Judge, in order to decide whether or not you should finally recuse. If you do not want to do it, please let me know Judge Crabtree, and please let me also know the contact information (mailing address, email address, telephone number, etc.) of that Appellate Court, or Agency, or Responsible person/s or authority that has the authority to review and decide on a motion for recusal or for substitution of District Judge, which I would really appreciate Judge Crabtree, and I would forward it to it/him/her.

Thank you!  Respectfully Submitted,                               **On May 9, 2022**

*Francis YOMI*

Francis Yomi, the Plaintiff , P.O. Box 3292, Frederick, MD 21705 Email: fran6@umbc.edu